No. 01–994. WYOMING OUTFITTERS ASSN. ET AL. *v.* WYOMING GAME AND FISH COMMISSION ET AL. C. A. 10th Cir. Certiorari denied.

No. 01–995. UNIVERSITY OF MINNESOTA ET AL. *v.* MAITLAND. C. A. 8th Cir. Certiorari denied.

No. 01–997. MARK *v.* CALIFORNIA PUBLIC EMPLOYEES' RETIREMENT SYSTEM ET AL. C. A. 3d Cir. Certiorari denied.

No. 01–998. TOBIN FOR GOVERNOR ET AL. *v.* ILLINOIS STATE BOARD OF ELECTIONS ET AL. C. A. 7th Cir. Certiorari denied.

No. 01–999. DUBAY ENTERPRISES, DBA CHATEAU THEATER *v.* CITY OF NORTH CHARLESTON BOARD OF ZONING ADJUSTMENT ET AL. Sup. Ct. S. C. Certiorari denied.

No. 01–1000. MAUREY *v.* UNIVERSITY OF SOUTHERN CALIFORNIA ET AL. C. A. 9th Cir. Certiorari denied.

No. 01–1001. STUART *v.* OHIO. Ct. App. Ohio, Summit County. Certiorari denied.

No. 01–1002. SCOTT *v.* GEORGIA. Sup. Ct. Ga. Certiorari denied.

No. 01–1003. UNITED STATES EX REL. MCALLAN *v.* CITY OF NEW YORK ET AL. C. A. 2d Cir. Certiorari denied.

No. 01–1004. RICH *v.* CITY OF ONTARIO. C. A. 9th Cir. Certiorari denied.

No. 01–1005. JONES, DBA MELDER PUBLISHING CO. *v.* TUFF N RUMBLE MANAGEMENT, INC., ET AL. C. A. 5th Cir. Certiorari denied.

No. 01–1006. GARNET *v.* GENERAL MOTORS CORP. C. A. 6th Cir. Certiorari denied.

No. 01–1009. MAY *v.* DOUGLASS. Ct. App. Wash. Certiorari denied.